# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

ROGER DROLLINGER,            )
                             )
         Petitioner,         )
v.                           )   No. 1:07-cv-0023-SEB-VSS
                             )
ALAN FINN, Superintendent,   )
                             )
         Respondent.         )

## J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date: 01/11/2007

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Roger Drollinger
DOC No. 6774
Wabash Correctional Facility
P.O. Box 1111 (SHU)
Carlisle, IN 47838