**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| ROGER DROLLINGER, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | No. 1:07-cv-0023-SEB-VSS |
| | ) | |
| ALAN FINN, Superintendent, | ) | |
| | ) | |
| Respondent. | ) | |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date:   01/11/2007

                                                                    _Sarah Evans Barker_
                                                                    SARAH EVANS BARKER, JUDGE
Distribution:                                                       United States District Court
                                                                    Southern District of Indiana

Roger Drollinger
DOC No. 6774
Wabash Correctional Facility
P.O. Box 1111 (SHU)
Carlisle, IN 47838